970 F.2d 262w
 140 L.R.R.M. (BNA) 2826, 61 USLW 2071,
122 Lab.Cas. P 10,275
 DEL REY TORTILLERIA, INC., Petitioner, Cross-Respondent,
v.
NATIONAL LABOR RELATIONS BOARD, Respondent, Cross-Petitioner,
and
Local 76, affiliated with the International Ladies' Garment
Workers' Union, AFL-CIO, Intervenor-Respondent,
Intervenor-Cross-Petitioner.
 Nos. 91-1934, 91-2286.
 United States Court of Appeals,
Seventh Circuit.
 Argued Jan. 6, 1992.
Decided July 17, 1992.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 976 F.2d 1115.